FILED

05/18/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0729

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0729

CHRISTOPHER WAGNER,

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including June 14, 2020, within which to prepare, serve, and file its response brief.

**CMF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 18 2020